# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **DAVID LEONE MONDELLO** | **CIVIL ACTION NO. 04-2608-P** |
| **VERSUS** | **JUDGE HICKS** |
| **BOSSIER SHERIFF DEPARTMENT, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## MEMORANDUM RULING

Before the court is Mondello's "Petition for Transfer/Stay." (Doc. 36). He is incarcerated at the Richwood Correctional Center in Monroe, Louisiana, and he complains his civil rights have been violated by prison officials. He claims he has been denied access to the courts. He names the Bossier Sheriff Department and the Bossier Sheriff Correctional Facility as defendants.

The United States Supreme Court has held that it is for state prison authorities to decide where a state prisoner is to be incarcerated, and that a prisoner has no right to challenge his place of incarceration. See Olim v. Wakinekona, 461 U.S. 238, 103 S.Ct. 1741, 75 L.Ed.2d 813 (1983); Meachum v. Fano, 427 U.S. 215, 96 S.Ct. 2532, 49 L.Ed.2d 451 (1976). Under Olim and Meachum, this Court has no authority to order the State to transfer Plaintiff to another prison or order the State to not transfer Plaintiff to another prison.

Accordingly;

**IT IS ORDERED** that Plaintiff's "Petition for Transfer/Stay" (Doc. 36) is **DENIED**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 6th day of January, 2006.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE