# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| **DAVID LEONE MONDELLO** | **CIVIL ACTION NO. 04-2608-P** |
| **VERSUS** | **JUDGE HICKS** |
| **BOSSIER SHERIFF DEPARTMENT, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

Considering the foregoing motion for reconsideration of appointment of counsel, doc. #37;

**IT IS HEREBY DENIED**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 6th day of January, 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE