# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| DAVID LEONE MONDELLO | CIVIL ACTION NO. 04-2608-P |
| VERSUS | JUDGE HICKS |
| BOSSIER SHERIFF'S DEPARTMENT, ET AL. | MAGISTRATE JUDGE HORNSBY |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Preliminary Injunction and Temporary Restraining Order [Doc. No. 12] is **DENIED** as moot.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of February, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE